TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN









NO. 03-0 4 -00 340 -CV


 

State of Texas , Appellant

 

v.




Public Utility Commission of Texas , Appellee











DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS


 

M E M OR A N D U M O P I N I O N

 



 This appeal, cause number 03-04-00340-CV, has been consolidated into cause number 03-04-00338-CV for all purposes. Because there will be no further
activity in cause 03-04-00340-CV, the appeal is dismissed.





 __________________________________________

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith



Dismissed



Filed: August 5, 2004